UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

    -against-

OUSSAMA ABDULLAH KASSIR,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/8/2022____

04 Cr. 356-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The C.J.A. attorney Jeremy Schneider shall assume representation of Defendant, Oussama Abdullah Kassir, in the above-captioned matter for the purpose of filing a motion for compassionate release.

    SO ORDERED.

Dated: June 8, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge