UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

OUSSAMA ABDULLAH KASSIR,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_6/9/2022\_\_\_\_

04 Cr. 356-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Clerk of Court is directed to STRIKE ECF No. 599.

SO ORDERED.

Dated: June 9, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge